UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE ADRIAN VEGA,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

**MEMORANDUM ENDORSED**

Civil Action No.:
1:24-CV-07410-GWG

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S BRIEF

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension of forty five (45) days to file Plaintiff's brief, which is currently due on January 2, 2025. This is Plaintiff's first request for an extension and is necessary because of other press of business and because counsel will be away for an extended of period of time around the holidays.

Plaintiff has contacted counsel for Defendant who consents to this motion.

Dated: December 5, 2024

Respectfully submitted,

By: /s/ Charles E. Binder
Law Office of Charles E. Binder
and Harry J. Binder, LLP
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
fedcourt@binderlawfirm.com

Granted. Plaintiff's brief is due February 17, 2025. Defendant's brief is due April 18, 2025. Plaintiff's reply, if any, is due May 2, 2025.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 24, 2025