**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSE A.V.,

                Plaintiff,                                    24 **CIVIL** 7410 (GRJ)

      -against-                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 14, 2025, Plaintiff's request for judgment on the pleadings is GRANTED; the Commissioner's request for judgment on the pleadings is DENIED; and this case is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:** New York, New York

       July 15, 2025

                                                                **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                                      **BY:**                K. Mango

                                                                     **Deputy Clerk**