UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
JOSE VEGA,

                Plaintiff,            ORDER
                                            1:24-cv-07410-GRJ

      v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-------------------------------------------------------

GARY R. JONES, United States Magistrate Judge:

      Pending before the Court is the parties' Stipulation for Allowance of Fees under the Equal Access to Justice Act and Costs Under 28 U.S.C. § 1920. (Docket No. 18.)  The parties have stipulated that Plaintiff should be awarded ten thousand two hundred ninety-one dollars and twenty cents ($10,291.20) in attorney's fees under the Equal Access to Justice Act and costs in the amount of four hundred and five dollars $405.00.

      Upon due consideration, it is **ORDERED**:

      1.    Plaintiff is awarded attorney's fees in the amount of **$10,291.20**, under the EAJA. The payment of attorney's fees and expenses are subject to any offsetting debt owed by the Plaintiff to the United States. Before the Commissioner shall be obligated to pay the EAJA fees and costs, the

Commissioner must determine whether Plaintiff owes a debt to the government. In the event the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Commissioner must then pay the fees and expenses directly to Plaintiff's counsel.

2. Plaintiff is awarded costs in the sum of $405.00, which costs shall be payable from the judgment fund administered by the United States Department of Treasury.

Dated: July 21, 2025

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge